IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

GARY DUANE ZIEHL,

    Plaintiff,

vs.                                      No. CIV 14-0546 JB/SCY

HONORABLE JAMES WAYLON COUNTS,
TWELFTH JUDICIAL DISTRICT COURT, DIV. II,
KIRBY WILLIS, SENIOR TRIAL PROSECUTOR,
12TH JUDICIAL DISTRICT,
JOCELYN GARRISON, PUBLIC
DEFENDER, ALAMOGORDO,

    Defendants.

## FINAL JUDGMENT

**THIS MATTER** having come before the Court, under 28 U.S.C. § 1915(e)(2) and rule 12(b)(6) of the Federal Rules of Civil Procedure, on Plaintiff Gary Duane Ziehl's Civil Rights Complaint Pursuant to 42 U.S.C. § 1983, filed July 12, 2014 (Doc. 1)("Complaint"), and the Court having entered an order dismissing the Complaint,

**IT IS ORDERED** that judgment is hereby entered in favor of the Defendants, and this action is dismissed.

                                                               _____
                                                               UNITED STATES DISTRICT JUDGE

*Parties:*

Gary D. Ziehl
Otero County Prison Facility
Chaparral, New Mexico

    *Plaintiff pro se*